# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D16-5208
_____

LISA H. TAJDARI,

Appellant,

v.

J.P. MORGAN CHASE BANK, N.A.,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

July 27, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bruce C. Botsford, Ft. Lauderdale, for Appellant.

Elliot B. Kula, W. Aaron Daniel and William D. Mueller of Kula & Associates, P.A., Miami, for Appellee.